<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

**No. 13-2314**

BONITA REDD,

            Plaintiff - Appellant,

      v.

MCDOWELL COUNTY BOARD OF EDUCATION; WEST VIRGINIA DEPARTMENT
OF EDUCATION,

            Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  David A. Faber, Senior
District Judge.  (1:13-cv-02015)

Submitted:  March 18, 2014         Decided:  March 24, 2014

Before FLOYD and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bonita Redd, Appellant Pro Se.  Kevin John Robinson, Chip E.
Williams, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Beckley,
West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bonita Redd appeals the district court's order dismissing this action in part pursuant to Fed. R. Crim. P. 12(b)(6) for failure to state a claim and remanding four state law claims to the state court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Redd v. McDowell Cnty. Bd. of Educ., No. 1:13-cv-02015 (S.D. W. Va. Sept. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED